# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **10-56972** |
| | : | |
| **Michael Roy Doan** | : | Chapter **13** |
| SSN: xxx-xx-**0480** | : | |
| | : | Judge **Hoffman** |
| **Debtor**. | : | |

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS

Now **comes Debtor**, **Michael Roy Doan**, through counsel**,** and hereby **notifies** the Court of **his** new address: **422 W. Kanawha Ave., Columbus, Ohio 43214.**

        Respectfully Submitted,
        S. E. MILLS LAW OFFICE, LLC

**/s/ Michael Roy Doan**
**Michael Roy Doan**

**/s/ Stacy E. Mills**
Stacy E. Mills, Esq. (0080956)
Attorney for **Debtor**
2 W. Winter St., Suite 301
Delaware, Ohio 43015
Telephone: (740) 363-7761
Facsimile: (740) 363-0532
Email: attystacymills@gmail.com

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or hand delivery on the **11**th day of **December**, **2014** upon:

| | | |
|---|---|---|
| U.S. Trustee:<br>VIA electronic transmission:<br>ustpregion09.cb.ecf@usdoj.gov | Faye D. English<br>Chapter 13 Trustee:<br>VIA electronic transmission:<br>notices@ch13columbus.com | Michael Roy Doan<br>VIA hand delivery |

        **/s/ Stacy E. Mills**
        Stacy E. Mills, Esq. (0080956)
        Attorney for **Debtor**