# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO – EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. **10-56972** |
| | : | |
| **Michael Roy Doan** | : | Chapter **13** |
| SSN: xxx-xx-**0480** | : | |
| | : | Judge **Hoffman** |
| **Debtor**. | : | |

### DEBTOR'S NOTICE OF CHANGE OF ADDRESS

Now **comes Debtor**, **Michael Roy Doan**, by and through counsel**,** and hereby **notifies** the Court of **his** new address: **7492 Sancus Blvd.; Worthington, Ohio 43085.**

<div style="margin-left: 50%;">

Respectfully Submitted,
S. E. MILLS LAW OFFICE, LLC

**/s/ Stacy E. Mills**
Stacy E. Mills, Esq.  (0080956)
Attorney for **Debtor**
2 W. Winter St., Suite 301
Delaware, Ohio  43015
Telephone:  (740) 363-7761
Facsimile:  (740) 990-0825
Email:  attystacymills@gmail.com

</div>

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served by electronic transmission or regular US mail on the **25**th day of **June**, **2015** upon:

| | | |
|---|---|---|
| U.S. Trustee: | Faye D. English | Michael Roy Doan |
| VIA electronic transmission: | Chapter 13 Trustee: | 7492 Sancus Blvd |
| ustpregion09.cb.ecf@usdoj.gov | VIA electronic transmission: | Worthington, Ohio 43085 |
| | notices@ch13columbus.com | VIA regular US mail |

<div style="margin-left: 50%;">

**/s/ Stacy E. Mills**
Stacy E. Mills, Esq.  (0080956)
Attorney for **Debtor**

</div>